PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE _WESTERN_ DISTRICT OF TEXAS

_Austin_ DIVISION

JUN 2 0 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

_PAUL J. CONNALL_ # _418224_
Plaintiff's Name and ID Number

_MTC - ISF_
Place of Confinement

# 1:23 CV 00735 RP

CASE NO._____
(Clerk will assign the number)

v.

_WARDEN MTC-ISF - P.u. Bod 8000 Henderson, JEdm - 75652_
Defendant's Name and Address

_Parole TO MTC-ISF - P.u. Box 8000 Henderson, TExas - 75652_
Defendant's Name and Address

_N/A_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____N/A_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____N/A_____

           Defendant(s)_____N/A_____

        3. Court: (If federal, name the district; if state, name the county.) _____N/A_____

        4. Cause number: _____N/A_____

        5. Name of judge to whom case was assigned: _____N/A_____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____N/A_____

        7. Approximate date of disposition: _____N/A_____

Rev. 05/15

I.    PLACE OF PRESENT CONFINEMENT: _MJC - ISF_

II.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    _X_ YES    ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

V.   PARTIES TO THIS SUIT:

   A.  Name and address of plaintiff: _PAUL J. CONNALL # 418226_
        _P.O. Box 8000 Henderson, Texas 75652_

   B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

     Defendant #1: _WARDEN PO Box 8000 HENDERSON TEXAS 75652_

     Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
     _SEE ATTACHED PAGES_

     Defendant #2: _PAROLE P.O. Box 8000 HENDERSON, TEXAS 75652_

     Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
     _SEE ATTACHED PAGES_

     Defendant #3: _N/A_
                 _N/A_

     Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
     _N/A_

     Defendant #4: _N/A_
                 _N/A_

     Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
     _N/A_

     Defendant #5: _N/A_
                 _N/A_

     Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
     _N/A_

Rev. 05/15

STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*SEE ATTACHED PAGES*

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

*SEE ATTACHED PAGES*

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

*SAME*

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

*Same*

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES   ✗ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): *N/A*

2.  Case number: *N/A*

3.  Approximate date sanctions were imposed: *N/A*

4.  Have the sanctions been lifted or otherwise satisfied?   ✗ YES ____NO

Rev. 05/15

PAGE (1) ONE

"COMPLETE STATEMENT OF CLAIMS"

(#1)  I AM UNDER THE 65th LEGISLATURE LAWS-
AND 59th SENATE BILL LAWS- AS I WAS
SENTENCED IN JULY - 1985.
   "NO" LAWS PASSED, OR ENACTED, AFTER DATE
OF MY SENTENCE DATE MAY BE IMPOSED,
AGAINST ME.
   PAROLE IS IMPOSING MONITOR LAWS, AND
SISP PAROLE WHICH WAS NOT A LAW AT
TIME I WAS SENTENCED IN JULY 1985.
   THIS IS EX POST FACTO LAWS CLAUSE
VIOLATION.
   AS I AM UNDER MANDATORY SUPERVISION
LAWS- WHEREBY MY GOOD TIME, AND FLAT TIME,
AND BONUS TIME EQUALS 100% OF MY SEN-
TENCE- I SHOULD NOT BE INCARCERATED.
AT THIS TIME I HAVE WELL OVER 100% OF
MY SENTENCE SERVED, I SHOULD IN ALL
WAYS BE RELEASED.

(#2)  MTC- ISF FACILITY HENDERSON TEXAS- IS UNDER
TDCJID RULES- REGULATIONS- STIPULATIONS- AND- ADMIN-
ISTRATIVE DIRECTIVES- THUS... I SHOULD BE FED THREE (3)
MEALS DAILY- A 2200 CALORIE A DAY DIET- NOT TWO (2)
MEALS AS IS BEING DONE ON ~~SAT~~ SATURDAYS AND
SUNDAYS. ~~THIS~~ THIS IS SYSTEMATIC STARVATION.
HARASSMENT AND RETALIATION AS PUNISHMENT.
   (END PAGE ONE)

Page (2) Two

"COMPLETE STATEMENT OF CLAIM"

(#3) SINCE MTC-ISF IN HENDERSON, TEXAS -
IS UNDER TDCJ-ID RULES - REGULATIONS - STIPULATIONS -
ADMINISTRATIVE DIRECTIVES - I SHOULD IN ALL WAYS
BE RECEIVING GOOD TIME - AT A 3 FOR 1 RATE -
FOR EVERY DAY SERVED AS FLAT TIME - I AM
TO RECEIVE 3 DAYS GOOD TIME -
AT THIS TIME I PRESENTLY HAVE 70 (SEVENTY)
DAYS SERVED - AS FLAT TIME - WITH GOOD TIME I
WOULD HAVE 210 DAYS SERVED - ACCREDITED -
THE MAXIMUM SENTENCE AT MTC-ISF IS 180 DAYS -
AND I MUST BE RELEASED - THIS FLAT TIME AND
GOOD TIME SHOULD IN ALL WAYS APPLY TO ANY AND
ALL PROGRAMS, COGNITIVE IS ONE. THEREFORE I AM
BEING HELD ILLEGALLY - UNCONSTITUTIONALLY - AND
I SHOULD BE RELEASED IMMEDIATELY.

(#4) I HAD A STROKE ON JANUARY 8, 2023 - I
HAVE HIGH BLOOD PRESSURE - I HAVE HAD ELEVEN (11)
KNEE SURGERIES - I AM ON A WALKER - I TAKE
LISINOPRIL 20 mgs. TWO TIMES A DAY - AND 300
mg. LITHIUM - DAILY - I CANNOT GET MY MEDICATIONS.
OR EVEN ASPIRIN - OR TO SEE A DOCTOR OR M.D.
THIS IS CRUEL AND UNUSUAL PUNISHMENT -
ALL ACTS STATED HEREIN, VIOLATE THE 5th, 6th, 8th
AND 14th AMENDMENTS - USCA - U.S. CONSTITUTION.

## "STATEMENT OF RELIEF"

SEEK TEN (10) MILLION DOLLARS IN
CIVIL RIGHTS VIOLATIONS.

SEEK TEN (10) MILLION DOLLARS IN
CONSTITUTIONAL RIGHT VIOLATIONS.

SEEK TEN (10) THOUSAND DOLLARS IN
ATTORNEY FEES.

SEEK ALL COURT COSTS AND FILING FEES.

C.  Has any court ever warned or notified you that sanctions could be imposed?    ____YES ⊘NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued.
(If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____N/A_____

2.  Case number:_____N/A_____

3.  Approximate date warning was issued:_____N/A_____

Executed on: _6/7/23_
DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____7_____ day of ___June___, 20_23_.
(Day)                          (month)              (year)

_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

## "CERTIFICATE OF SERVICE"

I, PAUL J. CONNALL, DO hereby CERTIFY THAT A TRUE AND A CORRECT COPY, OF THE FOREGOING — WAS THIS DAY MAILED TO THE FOLLOWING ADDRESS, POSTAGE PRE PAID, 1ST CLASS MAIL, VIA U.S. POSTAL SERVICE —

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS —
AUSTIN DIVISION
501 WEST FIFTH STREET, SUITE 1100
AUSTIN, TEXAS - 78701

EXECUTED, ON THIS, THE 8TH DAY OF JUNE, 2023.

RESPECTFULLY SUBMITTED,
SIGNED) Paul J Connall
PAUL J. CONNALL
TDCJID # 418226
MTC - ESF
P.O. BOX 8000
HENDERSON, TEXAS - 75652

